IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL MANN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL CASE NO. 3:19-cv-1028-ECM |
| ) | |
| CENTRAL ALABAMA COMMUNITY ) | |
| COLLEGE, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the parties' Joint Stipulation of Dismissal (doc. 21) filed on October 14, 2020, which comports with Fed. R. Civ. P. 41(a)(1)(A)(ii), this action has been dismissed with prejudice by operation of Rule 41, on the terms agreed to and set out by the parties.

The Clerk of the Court is DIRECTED to close this case.

DONE this 15th day of October, 2020.

                                                      /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE